52 A.3d 1201

**Carlos MUHAMMAD, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 93 EM 2012.**

Supreme Court of Pennsylvania.

Aug. 23, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

52 A.3d 1201

**Orlando McCREA, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 92 EM 2012.**

Supreme Court of Pennsylvania.

Aug. 23, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**